

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2019

No. 04-18-00500-CV

Matthew **HOKE,**
Appellant

v.

Abbie **HOKE,**
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-17328
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

The Appellees' Motion to Dismiss is DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court